IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ALBERT ANDERSON<br><br>Plaintiff,<br><br>v.<br><br>AMLI RESIDENTIAL PROPERTIES, L.P. and AMLI MANAGEMENT COMPANY,<br><br>Defendants | Civil Action No. 1:16-cv-03078-TWT |

## ORDER

This Court, having read the Parties' Joint Motion for Approval of Settlement and Dismissal with Prejudice (the "Motion"), and for good cause shown; IT IS HEREBY ORDERED that the proposed Settlement Agreement attached as Exhibit "A" to the Motion is APPROVED, and the Motion is GRANTED. Plaintiff's claims against Defendant are HEREBY dismissed with prejudice.

SO ORDERED this the 26th day of October, 2016.

    /s/Thomas W. Thrash
Honorable Thomas W. Thrash, Jr.
Chief United States District Court Judge

1